IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL SORIANO-SOLANO,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>JL JAMISON, *et al.*,<br>　　　　　Respondents. | :<br>:<br>:<br>:   Civil No. 2:26-cv-01582-JLS<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 13th day of March, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **March 16, at 5:00 PM**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Schmehl*
　　　　　　　　　　　　　　　　　　　　**JEFFREY L. SCHMEHL**
　　　　　　　　　　　　　　　　　　　　United States District Court Judge